**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMANDA BARBER, | ) | CASE NO. 2:21-cv-1574 |
| | ) | |
| *Plaintiff*, | ) | CHIEF JUDGE ALGENON L. MARBLEY |
| vs. | ) | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| | ) | |
| TSMM MANAGEMENT, LLC, | ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| | ) | |
| *Defendant*. | ) | |

Now come the undersigned attorneys for the respective parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate that the above-captioned action is dismissed in its entirety as to all claims against Defendant TSMM Management, LLC, <u>with prejudice,</u> with the parties to bear their own attorney fees, expenses and court costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | **JACKSON LEWIS P.C.** |
| /s/ Trisha Breedlove (per e-mail consent on June 17, 2021) | /s/ Vincent J. Tersigni |
| Trisha Breedlove (#0095852) | Vincent J. Tersigni (#0040222) |
| Sean Costello (#0068612) | Richard L. Hilbrich (#0092143) |
| **The Spitz Law Firm, LLC** | 6100 Oak Tree Blvd., Suite 400 |
| 1103 Schrock Road, Suite 307 | Cleveland, Ohio 44131 |
| Columbus, Ohio 43229 | Tel: (216) 750-0404 |
| Phone: (216) 291-4744 | Fax: (216) 750-0826 |
| Fax: (216) 291-5744 | Email: Vincent.Tersigni@jacksonlewis.com |
| Email: trisha.breedlove@spitzlawfirm.com | Richard.Hilbrich@jacksonlewis.com |
| sean.costello@spitzlawfirm.com | |
| | |
| *Counsel for Plaintiff Amanda Barber* | *Counsel for Defendant TSMM Management, LLC.* |

4819-3511-4479, v. 1